UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES BAKER,<br><br>        Petitioner,<br> v.<br><br>STEPHEN SINCLAIR,<br><br>        Respondent. | No. C09-5505 RJB/KLS<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

 Petitioner's application for leave to proceed in forma pauperis (Dkt. 1) is GRANTED. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

 The Clerk is directed to mail a copy of this Order to Petitioner.

 DATED this __5th__ day of October, 2009.

               */s/ Karen L. Strombom*
               Karen L. Strombom
               United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1