UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EUGENE BAKER,

            Petitioner,

  v.

STEPHEN SINCLAIR,

            Respondent.

No. C09-5505 RJB/KLS

ORDER ON RESPONDENT'S MOTION
TO SEAL EXHIBITS 15 AND 16

This matter is before the Court on the Respondent's Motion to Seal Exhibits 15 and 16, containing sensitive and confidential psychological evaluations of Petitioner. Dkt. 14.

Accordingly, it is **ORDERED** that Respondent's Motion to Seal Exhibits 15 and 16 is **GRANTED**.

DATED this  10th  day of December, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1