# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES EUGENE BAKER

v.

STEPHEN SINCLAIR

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5505RJB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 24).

(2) Petitioner's writ of habeas corpus (Dkt. 5) is **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE.**

(3) Petitioner is **DENIED** a Certificate of Appealability.

| | |
|---|---|
| July 27, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |